1  BRYAN ALTMAN (State Bar No. 122976)
   ALTMAN & MORRIS
2  1880 Century Park East, Suite 600
   Los Angeles, California 90067
3  (310) 277-8481

4  Attorneys for Defendant
   LILIANA VALER

5

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )     Case No. CR. S-03-0285 MCE
                                  )
12              Plaintiff,        )
                                  )
13                                )
                                  )     [PROPOSED]  ORDER
14                                )     CONTINUING SENTENCING
                                  )
15      v.                        )
                                  )
16  LILIANA VALER,                )
                                  )     current date: July 19, 2005
17              Defendant.        )     proposed date: August 30, 2005
                                  )
18  _____ )

19      Defendant LILIANA VALER, by and through her counsel of record, Bryan C.

20  Altman of Altman & Morris, and Plaintiff United States of America, through its

21  attorney, Assistant United States Daniel S. Linhardt, hereby agree and stipulate as

22  follows:

23      1.     By this stipulation, the parties seek a continuance of the sentencing in

24  this matter from August 9, 2005, until August 30, 2005;

25      2.     Defendant and the government need additional time to meet and confer

26  in connection with the cooperation per U.S.S.G. Section 5K1.1; and

27  ///

28  ///

                                    1

3.    Defendant needs additional time to prepare her response to the pre-sentence report in this matter.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June 29, 2005          By:    /s/ Bryan C. Altman
                                     Bryan C. Altman
                                     Attorneys for Defendant
                                     LILIANA VALER

DATED: June 29, 2005          By:    /s/ Daniel S. Linhardt
                                     DANIEL S. LINHARDT
                                     Assistant United States Attorney
                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

ORDER

The date for sentencing in this case, which is presently set for August 9, 2005, is hereby vacated and continued to August 30, 2005 at 8:30 a.m.

IT IS SO ORDERED this 5th day of July, 2005.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2