BRYAN ALTMAN (State Bar No. 122976)
ALTMAN & MORRIS
1880 Century Park East, Suite 600
Los Angeles, California 90067
(310) 277-8481

Attorneys for Defendant
LILIANA VALER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR. S-03-0285 - MCE |
| Plaintiff, | |
| | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING SENTENCING** |
| v. | |
| LILIANA VALER, | current date: August 30, 2005<br>proposed date: November 1, 2005 |
| Defendant. | |

    Defendant LILIANA VALER, by and through her counsel of record, Bryan C. Altman of Altman & Morris, and Plaintiff United States of America, through its attorney, Assistant United States Daniel S. Linhardt, hereby agree and stipulate as follows:

    1.    By this stipulation, the parties seek a continuance of the sentencing in this matter until November 1, 2005;

///

///

///

1

2. Defendant needs additional time to obtain information which she feels will be helpful to the Court at and for her sentencing in this matter.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 24, 2005          By_____
                                Bryan C. Altman
                                Attorneys for Defendant
                                LILIANA VALER

DATED: August 24, 2005          By_____
                                DANIEL S. LINHARDT
                                Assistant United States Attorney
                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

## [PROPOSED] ORDER

IT IS SO FOUND AND ORDERED this 30th day of August, 2005.

Accordingly, the date for sentencing in this case, which is presently set for August 30, 2005, is hereby vacated and continued to November 1, 2005 at 8:30 a.m.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE