1  BRYAN ALTMAN (State Bar No. 122976)
   ALTMAN & MORRIS
2  1880 Century Park East, Suite 600
   Los Angeles, California 90067
3  (310) 277-8481

4  Attorneys for Defendant
   LILIANA VALER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR. S-03-0285 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER VACATING AFFIDAVIT AND AUTHORIZING RECORDING OF RELEASE OF LIEN** |
| LILIANA VALER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Defendant LILIANA VALER, by and through her counsel of record, Bryan C. Altman of Altman & Morris, and Plaintiff United States of America, through its attorney, Assistant United States Daniel S. Linhardt, hereby agree and stipulate as follows:

   1.   By this stipulation, the parties agree that the surety should be authorized to record any and all necessary instruments to nullify and render null and void the short form deed of trust recorded in official records of Orange County under Document No. 2003000765532 pursuant to which Myriam Valer-Davila irrevocably granted, transferred and assigned to MFI Title Service the power of sale for that property in Orange County whose common address is 4752 Donna Drive, La Palma, California, being in the city of La Palma, County of Orange, Lot 8, Tract 6593, as per

1  map recorded in Book 242, pages 43-44 miscellaneous maps, in the Office of the
2  County Recorder of said county which had been posted as bond on behalf of Liliana
3  Valer in this case; and
4     2.   Defendant was sentenced in this matter on November 1, 2005, and,
5  therefore, there is no need to maintain the bond in this matter.
6     IT IS SO STIPULATED.

8                    Respectfully submitted,

10 DATED: November     , 2005        By_____
                                     Bryan C. Altman
11                                   Attorneys for Defendant
                                     LILIANA VALER

13 DATED: November     , 2005        By_____
                                     DANIEL S. LINHARDT
14                                   Assistant United States Attorney
                                     Attorneys for Plaintiff
15                                   UNITED STATES OF AMERICA

17                   ORDER
18    IT IS SO FOUND AND ORDERED this 17th of November, 2005.
19    Accordingly, the Clerk shall direct the release of the property posted as
20 bond by the surety in this case forthwith.

                                     _____
25                                   MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE